# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 225 MAL 2019 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| CHESAPEAKE ENERGY | : | |
| CORPORATION; CHESAPEAKE | : | |
| APPALACHIA, L.L.C.; CHESAPEAKE | : | |
| OPERATING, L.L.C.; CHESAPEAKE | : | |
| ENERGY MARKETING, L.L.C.; | : | |
| ANADARKO PETROLEUM | : | |
| CORPORATION; AND ANADARKO E&P | : | |
| ONSHORE, L.L.C. | : | |
| | : | |
| | : | |
| PETITION OF:  ANADARKO | : | |
| PETROLEUM CORPORATION; AND | : | |
| ANADARKO E&P ONSHORE, L.L.C. | : | |
| | | |
| COMMONWEALTH OF PENNSYLVANIA | : | No. 226 MAL 2019 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| CHESAPEAKE ENERGY | : | |
| CORPORATION; CHESAPEAKE | : | |
| APPALACHIA, L.L.C.; CHESAPEAKE | : | |
| OPERATING, L.L.C.; CHESAPEAKE | : | |
| ENERGY MARKETING, L.L.C.; | : | |
| ANADARKO PETROLEUM | : | |
| CORPORATION; AND ANADARKO E&P | : | |
| ONSHORE, L.L.C. | : | |
| | : | |
| | : | |
| PETITION OF: CHESAPEAKE ENERGY | : | |
| CORPORATION; CHESAPEAKE | : | |
| APPALACHIA, L.L.C.; CHESAPEAKE | : | |
| OPERATING, L.L.C.; CHESAPEAKE | : | |
| ENERGY MARKETING, L.L.C. | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of October, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issues, rephrased for clarity, are:

(1)     Are claims by the Commonwealth, brought on behalf of private landowners against natural gas extractors alleging that the extractors used deceptive, misleading, and unfair tactics in securing natural gas leases from landowners, cognizable under the Unfair Trade Practices and Consumer Protection Law?

(2)     May the Commonwealth pursue antitrust remedies under the Unfair Trade Practices and Consumer Protection Law?

Petitioners' Applications to Supplement Petition for Allowance of Appeal are **DENIED** as moot.